UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:15-CR-101-1BO
Civil No. 5:16-CV-243-BO

MICHAEL ANTONIO THOMPSON,   )
                            )
            Petitioner,     )
                            )
v.                          )            ORDER
                            )
UNITED STATES OF AMERICA,   )
                            )
            Respondent.     )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This ⬚ day of May, 2016.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE