IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-101-BO
5:16-CV-243-BO

| | | |
|---|---|---|
| MICHAEL ANTONIO THOMPSON | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This cause comes before the Court on petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and the government's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Having reviewed the pending motions, responses, and replies, the Court hereby ALLOWS the government's alternative request to STAY this matter pending a decision from the Supreme Court in *Beckles v. United States*, No. 15-8544. The parties are DIRECTED to file updated briefing within twenty-one (21) days of the date of entry of the *Beckles* opinion.

SO ORDERED, this _6_ day of December, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE