IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-101-BO
5:16-CV-243-BO

| | | |
|---|---|---|
| MICHAEL ANTONIO THOMPSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This cause comes before the Court on petitioner's request for voluntary dismissal of his motion to vacate pursuant to 28 U.S.C. § 2255 pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. [DE 58]. Without opposition from the government, petitioner's request is ALLOWED. The stay previously entered in this matter is hereby LIFTED and the motions to vacate [DE 36 & 42] are DISMISSED without prejudice. The government's motion to dismiss [DE 45] is DENIED AS MOOT. The clerk is DIRECTED to close the civil file.

SO ORDERED, this 21 day of April, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE