IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-101-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL ANTONIO THOMPSON | ) | |

Defendant seeks appointment of counsel to assist him with making a claim in light of *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018). [DE 66 & 67]. Defendant's motions for appointment of counsel are DENIED WITHOUT PREJUDICE. There is no constitutional right to counsel in a collateral attack against one's conviction or sentence, *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987), and defendant has failed at this stage to demonstrate the extraordinary circumstances necessary for appointment of counsel. *See Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975).

SO ORDERED, this ___ day of October, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE